UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-66 |
| JUAN RAMON PEINADO | SECTION: "C" |

### ORDER AMENDING JUDGMENT AND COMMITMENT

Pursuant to FRCrP Rule 36,

**IT IS ORDERED** that the order amending judgment and commitment (record document no. 60) is hereby amended as follows,

In accordance with the Court's order dated October 14, 2004,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Judgment and Commitment order entered on November 14, 2000, record doc. no. 20, be amended as follows: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **70** months as to Count 1. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years as to Count 1.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all other aspects of the original Judgment and Commitment Order remain in full force and effect.

New Orleans, Louisiana, this   13th   day of June 2006.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE